Karen Alicia Davis, SBN 166141
Attorney At Law
P.O. Box 2203
Richmond, CA 94802-1203
Tel: (510) 233-1011
Fax: (510) 233-1012

Attorney for Iqbal Shah,
Petitioner

E-filing
FILED
2007 OCT -5 PM 3:17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case No. _____ C07-05147 CW

Agency No. A71-500-095

IQBAL SHAH,

    Plaintiff

    v.

MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security

    Defendant.

## COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION

## UNDER 8 USC §§1447 (b)

Plaintiff, Iqbal Shah, through undersigned counsel, alleges:

1. Plaintiff is an individual. He is a lawful permanent resident of the United States. He was accorded that status in 1998. He lives in Alameda County, California, within the jurisdiction of this court. Plaintiff's claim to naturalization

1. arises under 8 U.S.C. §1427 as an alien who has been a lawful permanent resident for at least five years.

2. Defendant Michael Chertoff is the Secretary of the United States Department of Homeland Security. Defendant is sued herein in his official capacity. Defendant is responsible for the administration and enforcement of the Immigration and Nationality Act and other laws relating to the immigration and naturalization of non-citizens.

3. This court has jurisdiction of this action pursuant to 8 U.S.C. §1447 (b) and 28 U.S.C. §2201.

4. Plaintiff filed his application for naturalization with the United States Citizenship and Immigration Services Service Center in Laguna Niguel, California on or about August 27, 2003.

5. Plaintiff was interviewed on April 2, 2004 in connection with the naturalization application. Plaintiff passed the examination on United States history and government and demonstrated his ability to read, write and understand English. Plaintiff has demonstrated his good moral character.

6. Plaintiff was informed by the interviewing officer that he had not cleared the security checks.

7. More than 120 days have passed since Petitioner was interviewed, and defendant has not made a decision on plaintiff's application.

8. Under 8 U.S.C. §1447(b), plaintiff is permitted to bring this matter to this court for a hearing and a determination on his application.

9. Plaintiff requests a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

WHEREFORE, plaintiff prays that:

1. The court will hear plaintiff's case and render a declaratory judgment that he is entitled to be naturalized;

2. The court will award attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. §2412 (d) and;

3. The court grant such further relief as may be just.

Dated: October 5, 2007

*[signature]*
Karen Alicia Davis
Attorney At Law
P.O. Box 2203
Richmond, CA 94802-1203
Tel: (510) 233-1011
Fax: (510) 233-1012
E-mail: KarenAlici@comcast.net