1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                 OAKLAND DIVISION

12 IQBAL SHAH,                              )
                                            ) No. C 07-5147 CW
13              Plaintiff,                  )
                                            )
14         v.                               ) **STIPULATION TO DISMISS; AND**
                                            ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary,             )
   U.S. Department of Homeland Security,    )
16                                          )
                Defendant.                  )
17 _____)

18     Plaintiff, by and through his attorneys of record, and Defendant, by and through his attorneys of

19 record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

22 within 30 days of the dismissal of this action.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Dismiss
C07-5147 CW                                     1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: November 26, 2007                              Respectfully submitted,

3 |                                                                              SCOTT N. SCHOOLS
United States Attorney

4 |

5 |                                                                              _____/s/_____
MELANIE L. PROCTOR[1]

6 |                                                                              Assistant United States Attorney
Attorneys for Defendant

7 |

8 |

9 | Date: November 8, 2007                               _____/s/_____
KAREN ALICIA DAVIS
Attorney for Plaintiff

10 |

11 |                                              **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 | Date:                                                       _____
CLAUDIA WILKEN
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-5147 CW                                    2