SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IQBAL SHAH, | No. C 07-5147 CW |
|     Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND ORDER** |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, | |
|     Defendant. | |

Plaintiff, by and through his attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///
///
///
///
///
///

Stipulation to Dismiss
C07-5147 CW                                            1

1     Each of the parties shall bear their own costs and fees.

2 Date: November 26, 2007                          Respectfully submitted,

3                                                        SCOTT N. SCHOOLS
4                                                        United States Attorney

5                                                        /s/
6                                                        MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
7                                                        Attorneys for Defendant

8

9 Date: November 8, 2007                            /s/
                                                       KAREN ALICIA DAVIS
10                                                      Attorney for Plaintiff

11                                         **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13 Date: 11/28/07

14                                             CLAUDIA WILKEN
                                            United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-5147 CW                                2